

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00033-CV

**JPMORGAN CHASE BANK, N.A., APPELLANT**

**V.**

**MELODY KENNEDY CENNO, INDIVIUALLY AND AS FORMER CO-TRUSTEE OF THE ABRAHAM G. KENNEDY MARITAL AND RESIDUARY TRUSTS AND AS BENEFICARY OF THE ABRAHAM G. KENNEDY RESIDUARY TRUST, AND THEO COURREJOLLES, AS TRUSTEE OF THE MARIA GONZALEZ KENNEDY TRUST, APPELLEES**

On Appeal from the 53rd District Court
Travis County, Texas
Trial Court No. D-1-GN-20-001076, Honorable Jan Soifer, Presiding

March 7, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, JPMorgan Chase Bank, N.A., appeals from the trial court's judgment.[1]

Now pending before this Court is Appellant's unopposed motion seeking voluntary

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam